THE SECOND MUNICIPALITY OF NEW ORLEANS *v.* THE NEW ORLEANS AND CARROLLTON RAIL ROAD COMPANY.

The provision of the 10th section of the act of 1st March, 1836, amending the charter of the New Orleans and Carrollton Rail Road Company, which, in consideration of a *bonus*, exempts the company, for a certain period, from any liability to be taxed on the part of the State, does not exempt real estate held by the company, in the Second Municipality of New Orleans, from liability for taxes imposed by the municipal authorities.

APPEAL from the Commercial Court of New Orleans, *Watts*, J. *Rawle*, for the plaintiffs.

*T. Slidell*, for the appellants.

MARTIN, J. The defendants are appellants from a judgment which rejects their pretensions to an exemption from taxes laid by the plaintiffs, under a clause in their act of incorporation. Acts of Assembly of 1836, sect. 10, p. 27. It does not appear to us that the court erred. The defendants are not to be taxed as a bank, *by the State—id est*, the shares in the bank, or the cap-

ital stock shall not be taxed *by the State*, in conformity with the tax law of 1813. Their real estate is not exempt from city taxes. This question of the taxation of the property of the banks was decided upon lately in the case of *The Second Municipality* v. *The Commercial Bank.* 5 Rob. 151.

*Judgment affirmed.*